# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00619-CV

### In re Ramiro Zapata

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

This petition for a writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Filed: November 3, 2006